**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ColorArt, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-2887123 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **101 Workman Court** <br> **Eureka, MO 63025** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saint Louis** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | ColorArt, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　2759

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **ColorArt, LLC**                                                    Case number (*if known*)
_____    _____    _____
Name

List all cases. If more than 1,    Debtor    **Las Vegas Color Graphics, Inc.**    Relationship    **Subsidiary**
attach a separate list

District    **Nevada**    When    **11/05/25**    Case number, if known    **25-16697**

---

**11.** **Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **ColorArt, LLC**                                                    Case number (*if known*)
_____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2025**
               MM / DD / YYYY

X **/s/ Eran Salu**                                        **Eran Salu**
_____                            _____
Signature of authorized representative of debtor           Printed name

Title    **Authorized Representative**
         _____

**18. Signature of attorney**

X **/s/ Teresa M. Pilatowicz**                 Date **November  5, 2025**
_____                     _____
Signature of attorney for debtor                    MM / DD / YYYY

**Teresa M. Pilatowicz 9605**
_____
Printed name

**Garman Turner Gordon LLP**
_____
Firm name

**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
_____
Number, Street, City, State & ZIP Code

Contact phone    **725-777-3000**          Email address    **tpilatowicz@gtg.legal**

**9605 NV**
_____
Bar number and State

# COLORART, LLC

## WRITTEN CONSENT OF THE SOLE MEMBER

November 3, 2025

Pursuant to the provisions of Chapter 57D of the North Carolina General Statutes and the North Carolina Limited Liability Company Act, contained therein, the undersigned, being the sole member and manager (the "Sole Member") of ColorArt, LLC, a North Carolina limited liability company (the "Company"), does hereby consent to the adoption of the following resolutions:

**WHEREAS**, the undersigned, being the sole member and manager, in consultation with the Company's advisors, has determined that it is desirable and in the best interests of the Company, and its creditors, members and other stakeholders, that a voluntary petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and

**NOW, THEREFORE, BE IT RESOLVED**: Company is hereby authorized to file for relief under the Bankruptcy Code, at such time as the Authorized Representative (appointed herein) determines such filing is required to protect the assets and operations of the Company;

**RESOLVED FURTHER**: that Eran Salu, the president of the Sole Member of the Company, is  appointed as the  authorized representative (the "Authorized Representative") of the Company, in the Company's Chapter 11 bankruptcy case to be commenced in the Bankruptcy Court (the "Chapter 11 Case"), and in such capacity, acting alone, with power of delegation, be, and hereby is, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that the Authorized Representative deems necessary or proper to conduct the affairs of the Company in the Chapter 11 Case, including, without limitation, to negotiate, file and confirm a plan of reorganization for the Company;

**RESOLVED FURTHER**: without limiting the foregoing, the Authorized Representative shall be designated as the responsible person in the Chapter 11 Case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the Chapter 11 Case;

**RESOLVED FURTHER**:  the Sole Member authorizes, directs, and ratifies the retention of the law firm of Garman Turner Gordon LLP to represent the Company in such Chapter 11 Case as general bankruptcy counsel as provided for in its engagement agreement and as subject to any requisite Bankruptcy Court approval;

**RESOLVED FURTHER**:  without limiting the foregoing, that the Authorized Representative, and such other persons as the Authorized Representative shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such

person, be and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motions, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case;

**RESOLVED FURTHER**:  without limiting the foregoing, that the Authorized Representative, and such other persons as the Authorized Representative shall from time to time designate, and any employees or agents (including counsel) designated or directed by any such person, be and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper and desirable to effectuate a successful Chapter 11 bankruptcy case with respect to the Company;

**RESOLVED FURTHER**:  all acts lawfully done or actions lawfully taken by the Authorized Representative of the Company in the name and on behalf of the Company to file the petition or in any other connection with the Chapter 11 Case, or any manner related thereto, or in furtherance of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

## GENERAL IMPLEMENTING RESOLUTION

**RESOLVED**:  that the Authorized Representative, with full authority to act on behalf of the Company, hereby is authorized and directed, in the name and on behalf of the Company, to take or cause to be taken, any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to retain other professionals, advisors and consultants on behalf of the Company, and to incur all such fees and expenses as in such Authorized Representative's judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[Signature page follows.]

IN WITNESS WHEREOF, the undersigned, being the sole member of the Company, has executed these resolutions as of the Effective Date.

MEMBER:

By: _____

Eran Salu

President

JAL EQUITY CORP.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ColorArt, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Centene Corporation Centene Plaza 7700 Forsyth Blvd. Saint Louis, MO 63105 | | | Disputed | | | $4,041,223.00 |
| Missouri Dept of Revenue Sales & Use Tax PO Box 840 Jefferson City, MO 65105-0840 | | | | | | $2,464,281.06 |
| 4 Over 16111 NW 13th Ave Miami, FL 33169 | | | | | | $1,948,637.68 |
| Accent Group Solutions 1154 Reco Ave St Louis, MO 63126 | | | | | | $1,215,914.15 |
| FedEx-CA Po Box 94515 Palatine, IL 60094-4515 | | | | | | $379,705.40 |
| Oracle America Inc. (Netsuite) 500 Oracle Pkwy Redwood City, CA 94065-1677 | | | | | | $317,317.81 |
| Sunset Transportation 10877 Watson Rd St Louis, MO Transportation | | | | | | $312,591.02 |
| Worldwide Express Po Box 733360 Dallas, TX 75373 | | | | | | $284,989.94 |

Debtor    **ColorArt, LLC**                                                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Webgurus Tech SA**<br>**353 S. 7th Street**<br>**Newark, NJ 07106** | | | | | | **$281,782.00** |
| **KnowledgeWorks Global Ltd. \| KGL**<br>**PO Box 74007142**<br>**Chicago, IL 60674-7142** | | | | | | **$274,963.40** |
| **Butler Merchandising Solutions**<br>**2233 Delmar Blvd**<br>**St. Louis, MO 63102** | | | | | | **$272,210.09** |
| **Canon Solutions - SAT / AMA 2122977**<br>**15004 Collections Center Drive**<br>**Chicago, IL 60693-0150** | | | | | | **$221,563.82** |
| **Canon Fin. - Contract 765914**<br>**158 Gaither Drive**<br>**Mount Laurel, NJ 08054** | | | | | | **$189,375.72** |
| **Eastman Kodak Company - ASG (Iowa)**<br>**343 State Street**<br>**Rochester, NY 14650** | | | | | | **$175,334.70** |
| **RICOH USA INC**<br>**P.O. Box 802815**<br>**Chicago, IL 50580-2815** | | | | | | **$149,013.81** |
| **Bradley Graphic Solutions**<br>**941 Mill Rd**<br>**Bensalem, PA 19020-6342** | | | | | | **$146,589.36** |
| **VECP**<br>**1401 S Brentwood Blvd**<br>**Saint Louis, MO 63144** | | | | | | **$128,954.74** |
| **Johnson Controls Security Solutions**<br>**11364 Lackland Rd**<br>**St. Louis, MO 63146** | | | | | | **$127,772.72** |
| **Pitney Bowes**<br>**P.O Box 371896**<br>**Pittsburgh, PA** | | | | | | **$117,228.34** |

Debtor  **ColorArt, LLC**                                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amazon Web Svcs Online 410 Terry Avenue North Seattle, WA 98109-5210** | | | | | | **$104,345.66** |

# United States Bankruptcy Court
## District of Nevada

In re   **ColorArt, LLC**

Case No.

Debtor(s)

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November  5, 2025**

**/s/ Eran Salu**

**Eran Salu/Authorized Representative**
Signer/Title

.

```
ColorArt, LLC
101 Workman Court
Eureka, MO 63025

Teresa M. Pilatowicz
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

1stSourceDigital
4390 E Fm 1518
Selma, TX 78154

3 Manhattanville Rd
Purchase
NY 10577, NY 10577

4 Over
16111 NW 13th Ave
Miami, FL 33169

5301 North Ironwood Road
5301 North Ironwood Road
Milwaukee, WI

A Kick in the Grass
66 Oak Hill Dr
Ellisville, MO 63021-4706

ABC Blueprints
906 S Tyler St
Amarillo, TX 79101-3430

Accent Group Solutions
1154 Reco Ave
St Louis, MO 63126

Accounts Receivable Cintas Fire Protecti
Po Box 636525
Cincinnati, OH 45263

Ace Fire Protection
706 Navco Dr
Lafayette, IN 47909

Actega Falserth America Inc
26537 Network Place
Chicago, IL 60673

Aculaser Toner Supply
555 McFarland 400 Drive
Alpharetta, GA 30004
```

Adhesive Compounders
326 SW 5th St
Des Moines, IA 50309

Admart Products
380 Thor Pl
Brea, CA 92821

ADP Screening & Selection Services-CA
Po Box 645177
Cincinnati, OH 45264-5177

AEC
3003 Stanton St
Springfield, IL 62703

Aequum Capital Financial II, LLC
Attn: General Counsel
250 Nicollet Mall, Suite 800 & 900
Minneapolis, MN 55401

AGFA- Cockrell
580 Gotham Parkway
Carlstadt, NJ 07072

AIC
2600 Via Fortuna, Suite 260
Austin, TX 78746

AIC
2600 Via Fortuno, Suite 260
Austin, TX 78746

Air-Mach Inc.
2345 Delaware Ave
Des Moines, IA 50317

Airquip/Fluid-Aire Dynamics
5522 Rittiman Rd
San Antonio, TX 78218

Alamo City Plumbing Heating & A/C
7322 Moss Brook Dr
San Antonio, TX 78255

ALG Worldwide Logistics / Print & Mailin
Po Box 66244
Chicago, IL 60666-0244

Allen Lawn Care LLC
3618 Vandalia Road
Des Moines, IA 50317

Allen's Tri State Mechanical
404 S Hayden
Amarillo, TX 79101

Allstate Security Industries
3433 Plains Blvd
Amarillo, TX 79102

AMA TechTel
PO Box 1981
Amarillo, TX 79105-1981

Amarillo Advertising Federation (AAF)
5501 I-40 Frontage Rd
Amarillo, TX 79106

Amarillo Air Conditioning LLC
PO Box 3370
Amarillo, TX 79116-3370

Amarillo Chamber of Commerce
1000 S Polk Po Box 9480
Amarillo, TX 79105

Amarillo Little Theater
2019 Civic Cir
Amarillo, TX 79109-1813

Amazon Business
440 Terry Ave N
Seattle, WA 98109

Amazon Web Svcs Online
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon.com
444 Terry Ave N
Seattle, WA 98109

Ameren Missouri
Po Box 88068
Chicago, IL 60680-1068

Americall
447 N Walnut St
Springfield, IL IL 62702

American Dream Flag & Banner MFG
4200 East Hwy 199
Springtown, TX 76082

American Pen
4410 12th Ave
Brooklyn, NY 35592

American Water Treatment Inc
6324 Bartmer Industrial Dr.
St. Louis, MO 63130

AMS Company / Automation Group
1100 E Jackson St
Macomb, IL 61455

AMSIVE SC LLC (Formerly Sourclink)
1224 Poinsett Hwy
Greenville, SC 29609

Analyroi, LLC dba NMBL Strategies
Receiver Attn: Eric Moraczewski
8419 Manchester Rd Suite 101
Saint Louis, MO 63144

Anchor Software LLC
400 Chisholm Pl #300
Plano, TX 75075

Anguil Environmental
8855 N. 55Th St
Milwaukee, WI 53223

Anja Realty
21527 Oakbridge Park Ln
Katy, TX 77450-5106

Announcement Converters
13200 NW 45th Ave
Opa-locka, Fl 33054

Applied Adhesives - Formerly In Line Fin
Po Box 778967
Chicago, IL 60677-8967

Applied Industrial Technologies, Inc.
1 Applied Plz
Cleveland, OH 44115-2511

APQC - American Productivity & Quality C
123 N Post Oak Ln
Houston, TX 77024-7715

Aptum TechFalselogies
2300 Nw 89Th Place
Miami, FL 33172

Aramark Uniform Services - STL
Po Box 731676
Dallas, TX 75373

Arden Label, Inc.
1175 Rifle Range Road
Wetumpka, AL 36093

Ariba, Inc.
3420 Hillvieew Ave Building 3
Palo Alto, CA 94304

Arkansas Dept. of Fin & Admin
Sales & Use Tax Section
PO Box 3566
Little Rock, AR 72203

Armanino
PO Box 206700
Dallas, TX 75320-6700

Arnies Ace Hardware
56 S Broadway
Peru, IN 46970

ASCO
2318 Mill Road Suite 800
Alexandria, VA 22314

Aspen Waste Systems - ASG
Po Box 3050
Des Moines, IA 50316

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Atlas Graphics, Inc.
567 Main Street
Westbury, NY 11590

Atmos Energy
1700 Gentry Dr
Amarillo, TX 79106

Avery Dennison-CA
Po Box 96989
Chicago, IL 60693

BADE ROOFING
3806 Lemay Ferry Rd
St. Louis, MO 63125-4534

Bag Makers
6606 South Union Road
Union, IL 60180

Baker Group - ASG
1600 Se Corporate Woods Drive
Ankeny, IA 50021-7501

BALDWIN AMERICAS CORPORATION
10820 Strang Line Rd
Lenexa, KS 66215

Baldwin Supply Company
5261 Ashton Ave NE
Minneapolis, MN 55421-1000

BallPro
651 Douglas Dr N Ste 300 Suite 300
Minneapolis, MN 55422-2918

Barton Solvents Inc.
1920 NE Broadway Ave
Des Moines, IA 50306

Bee-Line Delivery
8805 Fairbanks N Houston Rd
Houston, TX 77064

Beetz Plumbing
9511 Watson Industrial Park
St. Louis, MO 63126

BELL & HOWELL
Po Box 743679
Atlanta, GA 30374-3679

Benco Industrial Equipment
1140 Mid Rivers Industrial Dr
St Peters, MO 63376

Best Promotions USA
1730 W.  Bruton Road
Balch Springs, TX 75180

Blank Rome LLP
Attn: Kenneth Ottaviano
444 W. Lake Street, Suite 1650
Chicago, IL 60606

Blanks/Usa
7700 68Th Avenue
Minneapolis, MN 55428

Boxes Inc/Boxes LLC
111 Boulder Industrial Dr.
Bridgeton, MO 63044

Bradley Graphic Solutions
941 Mill Rd
Bensalem, PA 19020-6342

Brinks Inc
PO Box 619031
Dallas, TX 75261-9031

Brown & Brown/Bunkie Insurance
7984 Cooper Creek Blvd #101
University Park, FL 34201

Burdiss Lettershop Services Co
9940 Widmer
Lenexa, KS 66215-1242

Butler Merchandising Solutions
2233 Delmar Blvd
St. Louis, MO 63102

C & W Graphic Finishing
6300 Brookville Rd - Bldg B
Indianapolis, IN 46219

Canon Fin. - Contract 765914
158 Gaither Drive
Mount Laurel, NJ 08054

Canon Solutions - SAT / AMA 2122977
15004 Collections Center Drive
Chicago, IL 60693-0150

Carlson Craft
1750 Tower Blvd
Mankato, MN 56003

Carrier Corporation
13995 Pasteur Boulevard
Palm Beach Gardens, FL 33418

Case Paper Co Inc.
900 W. 45Th St. Chicago IL 60609
Chicago, IL 60609

Cee Kay Supply Inc.
5835 Manchester Ave.
St. Louis, MO 63110

Centene Corporation
Centene Plaza
7700 Forsyth Blvd.
Saint Louis, MO 63105

CenterPoint Energy - Lafayette
Po Box 1423
Houston, TX 77251-1423

Central Asphalt Paving
540 NE 46th Pl
Des Moines, IA 50313-2411

Central States Wire Products
871 Edgerton
St Paul, MN 55130

Cenveo - Chicago
3001 N Rockwell St
Chicago, IL 60618

CH Robinson
20860 N Tatum Blvd Ste 350 STE 350
Phoenix, AZ 85050-4285

CHLI Publish Inc Wework National Buildin
235 S Clark Street
Chicago, IL 60603

Cintas Corp. - STL
12407 Lackland Rd
St. Louis, MO 63146

City Laundering Co.
PO Box 622
Oelwein, IA 50662-0622

City of Amarillo
623 S Johnson St
Amarillo, TX 79101

City of Antonio
100 Military Plaza
San Antonio, TX 78205

City Water Light and Power
300 S 7th St
Springfield, IL 62701

City Water Light and Power
300 S 7th St
Springfield, IL 62701-1613

Clickup
350 Tenth Ave, Suite 500
San Diego, CA 92101

ColorSciences LLC - STL
PO Box 170369
Austin, TX 78717

Comcast Business - DP
9602 S 300 W. STE B
Sandy, UT 84070-3302

Comcast Business-FWP
Po Box 70219
Philadelphia, PA 19176-0219

Concentra - STL 1020104491
Po Box 369
Lombard, IL 60148-0369

ControlCase Fifty West Corporate Center
3975 Fair Ridge Drive, Suite T25S
Fairfax, VA 22033

Corporation Service Company CSC
251 Little Falls Dr
Wilmington, DE 19808-1674

CPS ENERGY
Po Box 2678
San Antonio, TX 8289-0001

CPSCARDS
80 Internationale Blvd Unit C
Glendale Heights, IL 60139-2000

Crawford Trucking Inc. - ASG
5201 Park Avenue
Des Moines, IN 50321

Cross TechFalselogy dba Cross Precision
P.O. Box 746284
Atlanta, GA 30374-6284

CRST Specialized Solutions
INC PO Box 71279
Chicago, IL 60694-1279

CULLIGAN WATER CONDITIONING CO OF SA
1034 Austin St
San Antonio, TX 78208

Custom Midwest Corp.
4501 Gustine Ave
St. Louis, MO 63116

CyberFOX LLC
4925 Independence Pkwy Suite 400
Tampa, FL 33634

D & D Trash Service
Po Box 877
Crawfordsville, IN 47933

D & J PRINTING INC -  Sheridan
3323 Oak Street
Brainerd, MN 56401

Dallas Bindery
7600 Sovereign Row
Dallas, TX 75247-4816

Dallas Knife Works
3605 Asset St
Garland, TX 75042-7640

Dan's Overhead Doors
1810 Dans Drive Nw Falserth
Liberty, IA 52317

DENNY STEELMAN
20 Sooy Ln
Absecon, NJ 08201

DFW Envelopes
2420 Innovation Dr
DFW Airport, TX 72561-4601

DFW International Airport
2400 Aviation Dr
DFW Airport, TX 75261

Digital 66
41100 Plymouth Rd
Plymouth, MI 48170-3799

Direct Logistics Inc.
8200 Springwood Dr  Ste.250
Irving, TX 75063

Diversified Printing Services
1927 W Commerce St
San Antonio, TX 78207

Docusign
221 Main Street, Suite 1550
San Francisco, CA 94105

Duke Energy 4710-3048-04-0 Commercial
Po Box 1326
Charlotte, NC 28201-1326

Dun & Bradstreet-CA
5335 Gate Parkway
Jacksonville, FL 32256

DURR SYSTEMS INC
26801 Northwestern Hwy
Southfield, MI 48033

DWC - The 401 (K) Experts
PO Box 241267
St. Paul, MN 55124-1267

Dynam Communications
Po Box 701321
Dallas, TX 75370

Eastman Kodak Company - ASG (Iowa)
343 State Street
Rochester, NY 14650

Echo Electric Supply
Po Box 336
Council Bluffs, IA 51502

EDF Energy Services
540W Madison 4Th Floor
Chicago, IL 60661

eLocal
1010 Spring Mill Ave, Suite 200
Conshohocken, PA 19428

Elwood Staffing Service
Inc PO Box 1024
Columbus, IN 47202-1024

Empire Graphics LLC
17450 Indian Head Hwy
Accokeek, MD 20607-2505

Engineered Thermal Insul
76 Jefferson Ave
Des Moines, IA 50314-3625

Ennis Inc.-CA
Po Box 841741
Dallas, TX 75284-1741

EnviroServe
Po Box 208238
Dallas, TX 75320-8238

ESSEF Distributors / Lincoln Line
264 Herricks Rd
Mineola, NY 11501

FASTSIGNS - RJW Graphics
3420 Grand Avenue
Waukegan, IL 60085

Federal Express Canada Ltd
P.O. Box 4626 Toronto Stn A
Toronto ON M5W 5B

FedEx-CA
Po Box 94515
Palatine, IL 60094-4515

Finishbinders
1900 Delaware Ave
Des Moines, IA 50317

Finzer Roller Inc
880 West Thorndale Ave
Ave Itasca, IL 60143

First Financial Equipment Leasing
750 The City Dr S Ste 300 Suite 300
Orange, CA 92868-6905

Five Day Business Forms
Po Box 6269
Anaheim, CA 92816-0269

Funeral Register Books
499 Rachel Road
Girard, IL 62640

GADGE USA
3000 Marcus Ave Suite 3E03
North New Hyde Park, NY

Genesis Logistics 800 Thomas Drive
Unit A Bensenville IL 60106
Bensenville, IL 60106

Georg Jensen
147 W 26th St Fl 6 6th Floor
New York, NY 10001-6817

Gilmore Service
2043 E 72nd Pl
Chicago, IL 60649-6079

Glantz
2501 CONSTANT COMMENT PLACE
Louisville, KY 40299

Goodwill - Logansport
Po Box 3846
South Bend, IN 46619

GoPermit
9061 Woodlark Terrace
Boynton Beach, FL 33472

Grayhair Software LLC
1 Se Ocean Blvd.
Stuart, FL 34994

Ground Effects of Springfield
LLC 3920 Brandonshire
Springfield, Il 62704

Harris and Bruno
8555 Washington Blvd
Roseville, CA 95678

Harte Hanks
P.O. Box 679164
Dallas, TX 75267-9164

Health Equity
15 W Scenic Pointe Drive, Suite 100
Draper, UT 84020

Heidelberg USA - Modern
Po Box 5160
Carol Stream, IL 60197

HEIDELBERG USA - SAT
P.O.Box 5160
Carol Stream, IL 60197

Herc-u-lift
Po Box 69
Maple Plain, MN 55359

HERITAGE ENVIRONMENTAL - STL
Po Box 933024
Cleveland, OH 44193

Heritage-Crystal Clean, LLC
2000 Center Dr Ste C300
Hoffman Estates, IL 60192-5005

Heubel Material Handling
6311 Ne Equitable Rd
Kansas City, MO 64120

High Caliber - Logos
5501 I-40 Frontage Rd
St. Louis, MN 79106

Hirsch Solutions Inc. - Logos-CA
Po Box 18004
Hauppauge, NY 11788

HP INC
10300 Energy Drive
Spring, TX 77389

HS Boyd Co Inc
6915 E 14Th St
Tulsa, OK 74112

Hughes Marino
1450 Front Street San Diego
San Diego, CA 92101

Id Line
7145 Boone Avenue North Suite 100
Brooklyn Park, MN 55428

Imperial Roller Company Inc.
1301 Charlestown Industrial Drive
St Charles, MO 63303

Indigo America - CA
1501 Page Mill Road
Palo Alto, CA 94304

INFOSEAL
1825 Blue Hills Cir NE
Roanoke, VA 24012

Instawork-CA
548 Market St. Pmb 63152
San Francisco, CA 94104-5401

Integrated - Web Finishing
175 Bodwell Street
Avon, MA 02322

International Mail Service
Inc 3777 Sky King Road
Kalamazoo, MI 49009

Interstate All Battery Center
1090 73rd Street
Windsor Heights, IA 50324

INX International Ink Co - STL
SAT 97141 Eagle Way
Chicago, IL 60678

Iowa Tax and Tags - Treasurer Polk Co
111 Court Ave
Des Moines, IA 50309

J&J Delivery
PO Box 65996 West
Des Moines, IA 50265-0996

Jack's Electric
656 Claregood Ln
St. Louis, MO 63129-2739

JAG PROFESSIONAL SERVICES LLC
639 Rhapsody Drive
San Antonio, TX 07821

Jaytech
1290 Osborne Rd Ne Suite E
Minneapolis, MN 55432

John Henry Foster - ASG
3103 Mike Collins Dr
Saint Paul, MN 55121-2220

John Henry Foster Company of St. Louis
4700 Le Bourget Drive
St. Louis, MO 63134

Johnson Controls Security Solutions
11364 Lackland Rd
St. Louis, MO 63146

Jorson & Carlson-CA
Po Box 796
Elk Grove Village, IL 60007

Just Staffing
699 Walnut Street Suite 464
Des Moines, IA 50309

KB Litho Supply Co.
1441 N Topping Ave PO Box 33473
Kansas City, MO 64120-1219

Kempf Paper Corporation
3145 NE Columbia Ave
Minneapolis, MN 55418

Kern Inc.
3940 Gantz Rd Suite A
Grove City, OH 43123

Kinter
3333 N Oak Grove Ave
Waukegan, IL 60087

Knowbe4, Inc.
Po Box 734977
Dallas, TX 75373-4977

KnowledgeWorks Global Ltd. | KGL
PO Box 74007142
Chicago, IL 60674-7142

Kofile - Endurobinders
Po Box 676184
Dallas, TX 75267

Komori America Corporation-CA
5520 Meadowbrook Ind Ct Rolling
Meadows, IL 60008

Korrect Plumbing
Heat & Air - Logos 7967 W 3Rd St
Dayton, OH 45417

Kress Properties
1500 Laplace Point Ct
Sewickley, PA 15143

Kurent Safety
3650 E William St Road
Decatur, IL 62521

Lake Area Disposal Service Inc.
2106 E Cornell
Springfield, IL 62703

LEVI, Ray & Shoup
2401 W Monroe St
Springfield IL 62704, IL 62704

Liberty Capital Group C/O Insurance Cent
Po Box 3547
Bellevue, WA 98009

LinkedIn - ColorArt
1325 N Warson Rd
St. Louis, MI 63132

Links Unlimited
1101 Regina Graeter Way
Cincinnati, OH 45216

Lithronix
P.O. Box 200
Alexandria, KY 41001-0200

Loomis
Dept Ch 10500
Palatine, IL 60055-0500

M3 Packaging Solutions
726 Homestead Ridge
New Braunfels, TX 78132

MANROLAND GOSS WEB SYSTEMS
22 Industrial Drive
Exeter, NH 03833

MAR GRAPHICS
523 South Meyer Ave
Valmeyer IL 62295, IL 62295

Marblilite of St. Louis/ Enduracrete
510 E Pearce Blvd
Wentzville MO 63385, MO 63385

Mark Andy - Express
7561 Solutions Center
Chicago IL 60677, IL 60677

Marlon Inc. (PVC Spiral Supply)
123 E. 45Th Street
Boise ID 83714-4836, ID 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

Matrix Label-CA
4692 S County Rd 600 E.
Plainfield IN 46168, IN 46168

Maxcess International
1211 W 22Nd Street Suite 804
Oak Brook IL 60523, IL 60523

MCC Telephony of Iowa LLC
1 Mediacom Way
Mediacom Park NY 10918, NY 10918

McMaster-Carr Supply Co
Po Box 7690
Chicago IL 60680-7690, IL 60680-7690

MD Machine
Po Box 1502
Bastrop TX 78602, TX 78602

MEI Rigging & Crating
LLC PO Box 1630
Albany OR 97321-0477, OR 97321-0477

Metro Mailer
5719 E Rosedale St., Ste. 809
Fort Worth, TX 97321-0477

Metronet
Po Box 630546
Cincinnati, OH 45263-0546

METROPAK INC
1001 Commerce Dr # 100
Richardson, TX 75081

Micro Computer Solutions
8101 Cessna Ave.
Gaithersburg, MD 20879

MidAmerican Energy Company - ASG Po Box
Po Box 8020
Davenport, IA 52808-8020

MINER INC 11827 Tech Com Rd Ste.115 San
11827 Tech Com Rd Ste.115
San Antonio, TX 78233

Missouri American Water
Po Box 6029
Carol Stream, IL 60197-6029

Missouri Dept of Revenue

Sales & Use Tax

PO Box 840
Jefferson City, MO 65105-0840
Motion Industries
1325 SW Ordnance Rd
Ankeny, IA 50023-2744

Mr. Trophy
3514 East Nettleton
Jonesboro, AR 72401

Muller Martini Corp.
456 Wheeler Rd
Hauppauge, NY 11788

Multicopy Printing Co.
516 New Laredo Hwy
San Antonio, TX 78211

Mybinding.com
9620 NE Tanasbourne Dr
Hillsboro, OR 97124-7843

Napa Auto Parts - Peru Store
65 W Canal
Peru, IN 46970

National Offset Warehouse dba National F
23011 Moulton Parkway Ste I-4
Laguna Hills, CA 92653

New Mexico Gas Company
Po Box 27885
Albuquerque NM 87125-7885, NM 87125-7885

New York State Dept. of Taxation
Building 8/8A W.A. Harriman State Office
Albany, NY 12227

New York Workers' Comp Attn Finance Offi
328 State Street, Room 331
Schenectady, NY 12305

Newton Oil Company
Po Box 7048 - Group 18
Indianapolis, IN 46207

Nieuwe Oeverstraat 31 - 9
Arnhem
Gelderland

Norkol, Inc
900 Knell Rd Suite A
Montgomery, IL 60538

Ohio Department of Taxation
P.O. Box 182131
Columbus, OH 43218-2131

OnTrac
8401 Greensboro Dr., Suite 700
Mc Lean, VA 22102

Optimal Imaging Supplies LLC
21213 Hawthorne Blvd Ste B #5319
Torrance, CA 90503

Oracle America Inc. (Netsuite)
500 Oracle Pkwy
Redwood City, CA 94065-1677

Our Sunday Visitor
200 Noll Plz
Hungtington, IN 46750-4310

Packaging Distribution Services - ASG
Po Box 1284
Des Moines, IN 50305

Packaging Systems
Po Box 3975
Chesterfield, MO 63006-3975

Panhandle Baseball Club
Po Box 9880
Amarillo, TX 79105

Parks Coffee
o Box Carrollton
Carrollton, TX 75011-0209

PC Mailing Services - Creative Services
10711 Hillpoint Suite 100
San Antonio, TX 78217

Peel And Stick Adhesive INC
10720 Beaudin Blvd Unit B
Woodridge, IL 60517

Perez Maintenance Services
1107 Main St  TX 75160
Terrell, TX 75160

Phoenix Services
5800 Monroe St, Suite D5
Sylvania, OH 43560

PIA Mid America
5720 Lbj Fwy, Suite 655
Dallas, TX Fwy

Pitney Bowes
P.O Box 371896
Pittsburgh, PA

Pitney Bowes (Reprocomm/Indiana)
Po Box 981022
Boston, MA 02298-1022

Pitney Bowes Global Financial Services
PO Box 981022
Boston, MA 02298-1022

Pitney Bowes Presort Services Inc
P.O. Box 6808, Dept 008
Carol Stream, IL 60197-6808

Pitney Bowes Purchase Power Easypermit P
P.O. Box 371874
Pittsburgh, PA

Post Press Specialties - Humble Enterpri
151 W. Geospace Drive
Independence, MO 64056

Potter County Tax Assessor/Collector
5501 I-40 Frontage Rd
Amarillo, TX 79106

Potter-Randall Co. Medical Soc
1721 Hagy Blvd
Amarillo, TX 79106

Prairie State Plumbing and Heating
Inc Po Box 289
Athens, IL 62613

Preferred CFO Solutions
LLC  478 S 100 E
Salem, UT 84653-9437

Premiere Carbide Saw & Tool
Inc 122 E Rocksylvania Ave
Iowa Falls, IA 50126-2411

Press Parts INC
4700 Us Hwy 377 Building 5A
Krugerville, TX 76227

Print & Finishing Solutions
1632 Sierra Madre Cir
Placentia, CA 92870

Print Finishing System Inc
7116 NW 79th St
Oklahoma City, OK 73132

PRINT PROMOTIONS INC
633 Orchard Lane
Franklin Lakes, NJ 07417

Printers Service - Prisco
5501 I-40 Frontage Rd
Fort Worth, TX 79106

Printers Software Inc - DocketManager
2201 Cantu Court Suite 116A
Sarasota, FL 34232

Printware
2935 Waters Road, Suite 160
St. Paul, MN 55121

PureLinq
Po Box 213547
Royal Palm Beach, FL 33421

Purity Plus Water Systems
Po Box 936777
Atlanta, GA 31193-6777

R + L Carriers - ASG
600 Gilliam Rd PO Box 271
Wilmington, OH 45177-9089

R + L Truckload Services
Bofa Lockbox 74008195
Chicago, IL 60674-8195

Reinhold Electric  Inc.
2511 Lemay Ferry Rd
St Louis, MO 63125

Renhill Staffing Services Inc
102 Rilla Vista Dr
San Antonio, TX 78216

REPUBLIC SERVICES-CA Republic Services #
Po Box 78829
Phoenix, AZ 85062-8829

Ricoh USA - Frye Williamson
300 Eagleview Boulevard
Exton, PA 19341

RICOH USA INC
P.O. Box 802815
Chicago, IL 50580-2815

RION Equipment
10808 S 156Th St
Omaha, NE 68136

Riverdale Packaging Corp.
7301 Hazelwood Ave
Hazelwood, MO 63042

RMH Systems - ASG Po Box
Po Box 3251
Omaha, NE 68103-0251

Rosmini Graphic Supply-CA
1375 Bangor Street
Copiague, NY 11726

RR DONNELLEY (Vendor) Remit Payment To R
7810 Solution Center
Chicago, IL 60677-7008

Safety-Kleen Systems Inc-CA
Po Box 975201
Dallas, TX 75397-5201

SAIA MOTOR FREIGHT LINE LLC-CA
Po Box 730532
Dallas, TX 75373-0532

Salesforce
415 Mission Street, 3Rd Floor
San Francisco, CA 94105

SAN ANTONIO WATER SYSTEM
P.O. Box 2990
San Antonio, TX 78299-2990

SBPI INC
13825 Parks Steed Dr
Earth City, MO 63045

Servpro
2118 59th St
St. Louis, MO 63110

Shi International Corp.
290 Davidson Avenue
Somerset, NJ 08873

Siegwerk Enviromental Inks
Po Box 759273
Baltimore, MD 21275-9273

Signarama
Inc. 2121 Vista Parkway
West Palm Beach, FL 33441

Simpson Thacher & Bartlett Law Firm
LLP  425 Lexington Ave
New York, NY 10017-3903

Smartsheet Inc.
500 108th Ave NE, Suite 200
Bellevue, WA 98004

Solis Concrete Services LLC
1418 19th St
Des Moines, IA 50314-1329

SouthernCarlson, Inc.
Po Box 744372
Atlanta, GA 30374-4372

SPEEDFLO
499 Conway Ct
Lexington, KY 40511

Splash Graphics
7001 South Adams Street
Willowbrook IL 60527, IL 60527

Square One Business Machines
800 W Airport Freeway Suite 110
Irving TX 75062, TX 75062

Stacey Baker
5300 Memorial Dr Ste 270
Houston, TX 77007

Standard Insurance Company-CA
1100 Sw Sixth Avenue
Portland OR 97204, OR 97204

Standard Printing Company
Inc. 3540 West Lincoln Street
Phoenix AZ 85009, AZ 85009

Stouse LLC
300 New Century Parkway
New Century KS 66031, KS 66031

STUEBING AUTOMATIC MACHINE CO
 CO

Stylex
PO Box 5038
Delanco, NJ 08075-0438

SUMMERS COMPTON WELLS LLC
903 S Lindbergh Blvd Ste 200
Saint Louis, MO 63131-2934

Summit Fire & Security
Po Box 6783
Carol Stream, IL 60197-6783

Sunset Transportation
10877 Watson Rd
St Louis, MO Transportation

TACONIC WIRE
250 Totoket Rd
North Branford, CT 06471

Tascosa
5501 I-40 Frontage Rd
Amarillo, TX 79106

Tech Electronics - STL
P.O. Box 790379
St Louis, MO 63179

Techkon USA-CA
185 Centre Street Suite 101
Danvers, MA 01923

Technifold USA-CA
4 Wisteria Rd
Lafayette, NJ 07848

TENNTEX
9304 CONVERSE BUSINESS LANE
Converse, TX 78109

TeqSupply
4405 S 19th St
Council Bluffs, IA 51501

Texas Cattle Feeders Asso.
5501 I-40 Frontage Rd
Amarillo, TX 79106

Texas Chiller Systems, LLC
P.O. Box 792248
San Antonio, TX 78279

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528

Texas Envelope Co
16055 Shady Trail
Dallas, TX 75220

The Magnet Group
555 McFarland 400 Drive
Alpharetta, GA 30004

The Smead Manufacturing Company
600 Smead Blvd
Hastings, MN 55033-2200

Think Ink
8101 Cessna Ave
Gaithersburg, MD 20879

Thrive Company
6526 Old Brick Rd # 120-421
Windermere, FL 34786-5839

Thryv - DAS
Po Box 6192287 Dfw Airport
Dallas, TX 75261-2287

Top Level Printing Ink, Inc.
1343 Round Table Dr.
Dallas, TX 75247

Triple8 Network, Inc.
214 Main St Ste 391 Suite 391
El Segundo, CA 90245-3803

Uline Inc - Cockrell
Po Box 88741
Chicago, IL 60680-1741

United Healthcare Services
Po Box 88106
Chicago, IL 60680-1106

Universal Bookbindery Inc
Po Box 7849
San Antonio TX 78207, TX 07849

Universal Engraving, inc.
P.O. Box 15090
Lenexa KS 66285-5090, KS 15090

Universal Mercantile Exchange, Inc.
21128 Commerce Point Dr
Walnut, CA 91789-3053

University Sports Publ.
303 Merrick Road Suite 200
Lynbrook, NY 11563

Update Limited-CA
134 Peavey Circle
Chaska, MN 55318

Update LTD - ASG
134 Peavey Cir
Chaska, MN 55318-2347

UPS - Modern
Po Box 809488
Chicago, IL 60680-9488

Us Postmaster
5501 I-40 Frontage Rd
Amarillo, TX 79106 79106-0000

US Standard Products
PO Box 5509
Englewood, NJ 07631-5509

Vecoplan LLC - ASG
501 Gallimore Dairy Road
Greensboro, NC 27409

VECP
1401 S Brentwood Blvd
Saint Louis, MO 63144

Veritiv - STL
AMA 7472 Collection Center Dr.
Chicago, IL 60693

Veterans Print Management
10430 Argonne Woods Dr
Woodridge, IL 60517

Vincent Kiczales
4300 Southaven Rd
Richmond, VA 23235-1031

VISIONS INC
8801 Wyoming Avenue
Brooklyn Park, MN 55445-1883

W&D Falserth America Inc. - Winkler + Du
11300 West 80Th St
Lenexa, KS 66214

Walt Powley Inline Inc
Po Box 960
Plainfield, IL 60544

WD Industrial Sharpening & Supply
801 Feltz Street
Perryville, MO 63775

Web Graphics
2305 Centralyard Court
Fort Wayne, IN 46818

Webgurus Tech SA
353 S. 7th Street
Newark, NJ 07106

Wellnow Urgent Care
3800 W Genesee St
Syracuse, NY 13219

Wiese USA Inc
Po Box 60106
St. Louis, MO 63160

Worldwide Express
Po Box 733360
Dallas, TX 75373

WorldWide Logistics, Inc.
12400 Meredith Drive
Urbandale, IN 50323-1504

Wowline - CA
555 McFarland 400 Drive
Alpharetta, GA 30004

WS Displays
5960 Pascal Ct
Carlsbad, CA 92008

WTS Media
2841 Hickory Valley Road
Chattanooga, TN 37421

Xante Store
2800 Dauphin St
Mobile, AL 36606-2477

Yeck Brother Company
Po Box 225
Dayton, OH 45401-0225

Yext, Inc.
Po Box 9509
New York, NY 10087-9509

Young's Security Systems Inc
440 N 1st St
Springfield, IL 62702

ZoomInfo TechFalselogies
805 Broadway Suite 900
Vancouver, WA 98660

ZUND AMERICA, Inc.
Po Box 88943
Milwaukee, WI 53288-8943

# United States Bankruptcy Court
### District of Nevada

In re  **ColorArt, LLC** _____  Case No. _____
                                            Debtor(s)          Chapter  **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ColorArt, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JAL Equity Corp.**

_____

☐ None [*Check if applicable*]

**November  5, 2025** _____          /s/ Teresa M. Pilatowicz _____
Date                                            **Teresa M. Pilatowicz 9605**

                                                Signature of Attorney or Litigant
                                                Counsel for  **ColorArt, LLC** _____
                                                **Garman Turner Gordon LLP**
                                                **7251 Amigo Street, Suite 210**
                                                **Las Vegas, NV 89119**
                                                **725-777-3000**
                                                **tpilatowicz@gtg.legal**