PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COLORART, LLC,<br><br>              Debtor. | Case No. 25-16701-abl<br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Justin C. Valencia
    300 Las Vegas Boulevard So., Suite 4300
    Las Vegas, NV  89101
    Email:  justin.c.valencia@usdoj.gov

///

///

///

1

Date: November 6, 2025

Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ *Justin C. Valencia*
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee