Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
Athanasios Agelakopoulos, Esq.
Nevada Bar. No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Counsel for Creditor/Party-in-Interest*
*Aequum Capital Financial II LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

COLORART, LLC,

        Debtor.

Case No.: 25-16701-NMC

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, SAMUEL A. SCHWARTZ, ESQ., GABRIELLE A. HAMM, ESQ., and ATHANASIOS AGELAKOPOULOS, ESQ. of the law firm of SCHWARTZ LAW, PLLC, hereby enters their appearance on the record in the above-captioned proceeding as counsel for Creditor/Party-in-Interest, **Aequum Capital Financial II LLC**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure.

Undersigned counsel further requests notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related papers and materials that are issued or filed in connection with these proceedings by the Court or other parties in interest.

All notices and copies in response to the foregoing should be directed to:

Samuel A. Schwartz, Esq.
Gabrielle A. Hamm, Esq.
Athanasios Agelakopoulos, Esq.
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
E-Mails: saschwartz@nvfirm.com
        ghamm@nvfirm.com
        aagelakopoulos@nvfirm.com
        ecf@nvfirm.com
Telephone: (702) 385-5544
Facsimile:  (702) 442-9887

Dated: November 7, 2025.

                          SCHWARTZ LAW, PLLC

                      By: */s/ Samuel A. Schwartz*
                          Samuel A. Schwartz, Esq.
                          Nevada Bar No. 10985
                          601 East Bridger Avenue
                          Las Vegas, Nevada  89101

                          *Counsel for Creditor/Party-in-Interest*
                          *Aequum Capital Financial II LLC*