# EXHIBIT 3

# EXHIBIT 3

| Entity | Type | Vendor | Avg. Mthly Cost | Deposit Amt. | Vendor Address |
|---|---|---|---|---|---|
| ColorArt | Electric | Xcel Energy | $ 6,129.14 | $ 10,136.00 | 790 S Buchanan St 7th Floor, Amarillo, TX 79109 |
| ColorArt | Gas | Atmos | $ 211.02 | $ - | 4730 Canyon Drive, Amarillo, TX 79109 |
| ColorArt | Waste | Republic | $ 279.00 | $ 608.74 | 4831 SE 25th Avenue, Amarillo, TX 79103 |
| ColorArt | Water/Sewer | City of Amarillo | $ 305.06 | $ 300.00 | 601 South Buchanan Street, Amarillo, TX 79101 |
| ColorArt | Internet/Phone | AT&T | $ 582.00 | | 5752 West Amarillo Blvd, Amarillo, TX 79106 |
| ColorArt | Electric | CPS Energy | $ 14,708.00 | $ 10,000.00 | 500 McCullough Avenue, San Antonio, TX 78215 |
| ColorArt | Gas | CPS Energy | $ 27.00 | $ 100.00 | 500 McCullough Avenue, San Antonio, TX 78215 |
| ColorArt | Waste | Republic Services | $ 1,797.00 | $ - | 4542 SE Loop 410 Access Road, San Antonio, TX 78222 |
| ColorArt | Water/Sewer | San Antonio Water System | $ 345.00 | | 800 US HWY 281 N, San Antonio, TX 78212 |
| ColorArt | Internet/Phone | AT&T | $ 100.00 | | 1010 N ST Mary's St, San Antonio, TX 78215 |
| ColorArt | Electric | Ameren Missouri | $ 33,139.17 | $ 168,906.00 | P.O. Box 88068 Chicago, IL 60680-1068 |
| ColorArt | Gas | Spire | $ 2,644.00 | $ 10,077.00 | P.O. Box 807777 Kansas City, Missouri 64180-7777 |
| ColorArt | Waste | Waste Management | $ 815.00 | $ - | P.O. Box 3020 Monroe, Wisconsin 53566-8320 |
| ColorArt | Water/Sewer | Missouri American Water | $ 3,658.51 | $ - | P.O. Box 6029 Carol Stream, Illinois 60197-6029 |
| ColorArt | Internet | AT&T | $ 258.99 | | P.O. Box 5014 Carol Stream, Illinois 60197-5014 |
| ColorArt | Electric | Mid American Energy | $ 31,191.12 | $ - | PO Box 8020, Davenport, IA 52808-8020 |
| ColorArt | Gas | Mid American Energy | $ 6,503.64 | $ - | PO Box 8020, Davenport, IA 52808-8020 |
| ColorArt | Water/Sewer | Des Moines Water Works | $ 2,641.10 | | 2201 George Flagg Parkway, Des Moines, IA 50321 |
| ColorArt | Waste | Aspen Waste Systems | $ 820.27 | | 1800 East Euclid Ave., Des Moines, IA 50313 |
| ColorArt | Internet/Phone | Lumen/Century Link | $ 846.80 | | PO Box 52015, Phoeniz, AZ 85072-2015 |
| LVCG | Electric | NV Energy | $ 4,516.78 | $ 15,748.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 25,819.00 | $ 55,548.47 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 368.17 | $ 1,165.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |

| Entity | Type | Vendor | Avg. Mthly Cost | Deposit Amt. | Vendor Address |
|---|---|---|---|---|---|
| LVCG | Electric | NV Energy | $ 184.87 | $ 369.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 151.28 | $ 605.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 153.02 | $ 170.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 180.74 | $ 250.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 158.24 | $ 145.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 139.96 | $ 445.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 164.64 | $ 280.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Electric | NV Energy | $ 137.88 | $ 180.00 | 6226 W Sahara Avenue, Las Vegas NV 89146 |
| LVCG | Gas | Southwest Gas | $ 1,506.48 | $ - | 6355 Shatz Street, Las Vegas, NV 89115 |
| LVCG | Gas | Southwest Gas | $ 289.88 | $ - | 6355 Shatz Street, Las Vegas, NV 89115 |
| LVCG | Gas | Southwest Gas | $ 48.40 | $ - | 6355 Shatz Street, Las Vegas, NV 89115 |
| LVCG | Internet/Phone | Cox - Sunset | $ 2,703.30 | $ - | 121 S Martin L King Blvd, Las Vegas, NV 89106 |
| LVCG | Internet | Cox - Pioneer Whse | $ 850.00 | $ - | 121 S Martin L King Blvd, Las Vegas, NV 89106 |
| LVCG | Sewer | Clark County Water Reclam. 2 parcels | $ 387.97 | $ - | 5857 E Flamingo Road, Las Vegas, NV 89122 |
| LVCG | Sewer | Clark County Water Reclam. 2 parcels | $ 7,683.36 | $ - | 5857 E Flamingo Road, Las Vegas, NV 89122 |
| LVCG | Waste | Republic Services | $ 2,975.54 | $ - | 770 E Sahara Ave, Las Vegas, NV 89104 |
| LVCG | Waste | Republic Services | $ 600.00 | $ - | 770 E Sahara Ave, Las Vegas, NV 89104 |
| LVCG | Water | Las Vegas Valley Water District | $ 2,327.04 | $ - | 1001 South Valley View Blvd, Las Vegas, NV 89153 |