# EXHIBIT 2

# EXHIBIT 2

| Name | Tier 1 |
|---|---|
| Ronald Hoskins | ColorArt |
| Dora Voyles | ColorArt |
| Ronnie Bishop | ColorArt |
| Angela Baumann | ColorArt |
| Shawn Duminy | ColorArt |
| Scott Mienke | ColorArt |
| Jarrod Mienke | ColorArt |
| Crista Baires | ColorArt |
| Robin Bly | ColorArt |
| Frank Burkhead | ColorArt |
| Robert Campbell | ColorArt |
| Rhonda Cass | ColorArt |
| Nat Chhaom | ColorArt |
| Mary Clark | ColorArt |
| Patrick Coles | ColorArt |
| Nathan Collins | ColorArt |
| Jeff Eversult | ColorArt |
| Jeremy Eversult | ColorArt |
| Paul Fausett | ColorArt |
| Michael Hayner | ColorArt |
| Douglas Hensley | ColorArt |
| Toukata Inthisane | ColorArt |
| Phanmaha Khanthavor | ColorArt |
| Marina Marquez | ColorArt |
| Kenneth Mathis | ColorArt |
| Shane Miller | ColorArt |
| Connie Mitchell | ColorArt |
| Maria Nguyen | ColorArt |
| Kim Nguyen | ColorArt |
| Scott Noble | ColorArt |
| Mirad Numic | ColorArt |
| Keomanixay Phothiwat | ColorArt |
| Luis Plascencia-Leon | ColorArt |
| Larry Poore | ColorArt |
| Jordan Reid | ColorArt |
| Randall Reynolds | ColorArt |
| Joshua Reynolds | ColorArt |
| Samnang Sen | ColorArt |
| Sovanney Staple | ColorArt |
| Hien Thai | ColorArt |
| Diep Tran | ColorArt |
| Mai Chao Yang | ColorArt |
| Minh Nguyen | ColorArt |
| Ashley Barry | ColorArt |
| Donovan Barry | ColorArt |
| Jason Belskus | ColorArt |
| Gabriela Cabrera | ColorArt |
| Crispin Chavez | ColorArt |
| Luis Cuevas | ColorArt |
| Guadalupe Duran | ColorArt |

| Name | Company |
|---|---|
| Michael Goldsmith | ColorArt |
| Amy Karz | ColorArt |
| Wade Knopf | ColorArt |
| Mike Lacombe | ColorArt |
| Ana Limon | ColorArt |
| Brandy Martin | ColorArt |
| Dale Martin | ColorArt |
| Carl Mattson | ColorArt |
| Jennifer Miramontes | ColorArt |
| Cynthia Moser | ColorArt |
| Vincent Nardone | ColorArt |
| Louis Romanelli | ColorArt |
| Jon Ross | ColorArt |
| Laura Sojka | ColorArt |
| Steve Sojka | ColorArt |
| Carey Stepp | ColorArt |
| Fernando Vasquez | ColorArt |
| Janice Staats | ColorArt |
| Nicholas Howard | ColorArt |
| Laura Prescott | ColorArt |
| Robert Christensen | ColorArt |
| Steven Russell | ColorArt |
| Justine Asina | ColorArt |
| Allen Gay | ColorArt |
| Tu Nguyen | ColorArt |
| Jill Safady | ColorArt |
| Sothea Nguon | ColorArt |
| Trinidad Gomez | ColorArt |
| Sok Hen | ColorArt |
| Diana Jurado | ColorArt |
| Jolie Kiye | ColorArt |
| Princess Tabatundane | ColorArt |
| David Brown | ColorArt |
| Ismael Robles Jr. | ColorArt |
| Kathy Dietzmann | ColorArt |
| Francisco Escobedo | ColorArt |
| Gregory Vrouvas | ColorArt |
| Lyn Perrigo | ColorArt |
| Sandra Robertson | ColorArt |
| Dana Perrigo | ColorArt |
| Daniel Canady | ColorArt |
| Keith Johnson | ColorArt |
| Michael Robinson | ColorArt |
| Timothy Brown | ColorArt |
| Scott Adams | ColorArt |
| Kevin Schmelzle | ColorArt |
| Thomas Franklin | ColorArt |
| Tiffany Rowland | ColorArt |
| David Ruether | ColorArt |
| Kristin Drake | ColorArt |
| Gary Slaughter | ColorArt |
| Neal McRaven | ColorArt |

| Name | Location |
|---|---|
| Brian Tidwell | ColorArt |
| Wendy Holmvik | ColorArt |
| William Loving | ColorArt |
| Kirk Ess | ColorArt |
| Kimberly Hoehne | ColorArt |
| Ryan McRaven | ColorArt |
| Karen Hosna | ColorArt |
| David Eccardt | ColorArt |
| Wade Baxter | ColorArt |
| David Stuckey | ColorArt |
| Spencer Torwegge | ColorArt |
| Kelly Reeder | ColorArt |
| Hiram Hines | ColorArt |
| Michael Fiedler | ColorArt |
| Brandi Hinsen | ColorArt |
| Mildred Hines | ColorArt |
| Mark Kuenker | ColorArt |
| Jonathan Stock | ColorArt |
| Eric Cotton | ColorArt |
| Adam Vrouvas | ColorArt |
| Katie Meadors | ColorArt |
| Stacy Martin | ColorArt |
| Christopher Castello | ColorArt |
| Fred Villmer | ColorArt |
| Lori Contarini | ColorArt |
| Angie Meyer | ColorArt |
| Kimberly Lagermann | ColorArt |
| Jordan Barcus | ColorArt |
| Trina Penny | ColorArt |
| Melissa Velez | Las Vegas |
| Heidi Bridges | Las Vegas |
| Marilee Chomos | Las Vegas |
| Robert Grinnell | Las Vegas |
| Darius Lovett | Las Vegas |
| Donald Moore | Las Vegas |
| Michael Sudol | Las Vegas |
| Debra Sweeney | Las Vegas |
| Araceli Alvarez | Las Vegas |
| Saul Avalos | Las Vegas |
| Eva Bautista | Las Vegas |
| Nelson Bello | Las Vegas |
| Daniel Bristol | Las Vegas |
| James Howard Norris B... | Las Vegas |
| Judy Cates | Las Vegas |
| James Coleman | Las Vegas |
| Lucila Cruz | Las Vegas |
| Rosa Cruz Martinez | Las Vegas |
| Elvie Delos Reyes | Las Vegas |
| Perla Dominguez | Las Vegas |
| Leticia Dominguez | Las Vegas |
| Henry Erskine | Las Vegas |
| Jose Farias | Las Vegas |

| Name | City |
|---|---|
| Kasandra Flores | Las Vegas |
| Armando Fonte | Las Vegas |
| Paul Gabler | Las Vegas |
| Dora Garcia | Las Vegas |
| Edgar Garcia | Las Vegas |
| Iris Godoy | Las Vegas |
| Martha Gonzales | Las Vegas |
| Wendy Gonzales | Las Vegas |
| Celeste Gonzales | Las Vegas |
| Ulises Guaresti | Las Vegas |
| Estela Guerra | Las Vegas |
| Felix Huertas-Castillo | Las Vegas |
| Edgar Juarez | Las Vegas |
| John Krill | Las Vegas |
| Guillermina Leon | Las Vegas |
| Deanna Candler | Las Vegas |
| Librado Lizarraga | Las Vegas |
| Leandro Lopez | Las Vegas |
| Giovanna Lopez | Las Vegas |
| Hector Mendoza | Las Vegas |
| Juan Mendoza | Las Vegas |
| Cristina Mendoza | Las Vegas |
| Gabriel Monclova | Las Vegas |
| Claudia Santoyo Navarr | Las Vegas |
| Richard Moore | Las Vegas |
| Claudia Morales | Las Vegas |
| Sandra Nieto | Las Vegas |
| Norma Ortega | Las Vegas |
| Grace Parker | Las Vegas |
| Karina Perez | Las Vegas |
| Eliseo Porfirio | Las Vegas |
| Marlene Portillo | Las Vegas |
| Jose Alfredo Rosales | Las Vegas |
| Ronald Savidge | Las Vegas |
| Linda Scott | Las Vegas |
| William Shimono | Las Vegas |
| Jack Suhanyi Jr. | Las Vegas |
| David Torres | Las Vegas |
| Shay Watkins | Las Vegas |
| Shayne Watkins | Las Vegas |
| Cody Watkins | Las Vegas |
| Andrew Wilkerson | Las Vegas |
| Manuel Zuleiman | Las Vegas |
| Alma German | Las Vegas |
| Steven Candler | Las Vegas |
| Mark Chomos | Las Vegas |
| Jaime Mondragon | Las Vegas |
| Rachel Avila-Milord | Las Vegas |
| Matthew Anderson | Las Vegas |
| Claudio Miranda | Las Vegas |
| Lenin Miranda | Las Vegas |
| Vilma Rebeca Gonzalez | Las Vegas |

| Name | City |
|---|---|
| Steven Obeso | Las Vegas |
| Yanisleidy Rosales Belt | Las Vegas |
| Edward Bond | Las Vegas |
| Victor Nill | Las Vegas |
| Lester Alarcon | Las Vegas |
| Roberto Borrero Milanes | Las Vegas |
| Naiyara Pedroso | Las Vegas |
| Roxana Cortez Escapin | Las Vegas |
| Jonathan Deeds | Las Vegas |