# EXHIBIT B

# EXHIBIT B

# REVOLVING NOTE

$30,000,000.00                                                                                                              June 6, 2024

COLORART LLC, a North Carolina limited liability company ("**ColorArt**") and LAS VEGAS COLOR GRAPHICS, INC., a Nevada corporation ("**Las Vegas**"; and together with ColorArt and each other Person that joins the Credit Agreement (which is defined below) as a Borrower, each a "**Borrower**" and collectively the "**Borrowers**"), jointly and severally promise to pay to the order of AEQUUM CAPITAL FINANCIAL II LLC, a Delaware limited liability company (the "**Lender**"), in immediately available funds, the aggregate principal amount of the Revolving Loans (as defined in the Credit Agreement), together with interest at the rates, on the dates, and on the terms in the Credit Agreement. The Borrowers must pay the unpaid principal amount of and accrued and unpaid interest on the Revolving Loans in full on the Termination Date (or such earlier date as the Revolving Loans shall be due and payable in full) and must make the mandatory repayments required to be made under the Loan Documents.

Lender will record in accordance with its usual practice the date and amount of each Revolving Loan and the date and amount of each principal payment.

This Revolving Note (this "**Note**") is issued in accordance with (and is entitled to the benefits of) the Credit and Security Agreement dated on or about the date of this Note (as amended, restated, supplemented, or modified from time to time, the "**Credit Agreement**"), among the Borrowers and the Lender. Capitalized terms used but not defined in this Note have the meanings given to them in the Credit Agreement. The Credit Agreement and the other Loan Documents govern certain of the terms and conditions of this Note, including the terms and conditions under which this Note may be prepaid or accelerated. This Note is secured by the Collateral.

Borrowers waive presentment, demand, protest, and notice of any kind.

[Remainder of Page Intentionally Left Blank]

**BORROWERS**:

**COLORART LLC**,
a North Carolina limited liability company

By: _____/s/_____
Name: Eran Salu
Title: President, Treasurer and Secretary


**LAS VEGAS COLOR GRAPHICS, INC.**,
a Nevada corporation

By: _____/s/_____
Name: Eran Salu
Title: President, Treasurer and Secretary

[Signature Page to Revolving Note]