# EXHIBIT D

# EXHIBIT D

| Starting date | | 11/8/25 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 854148.88 | 434766.1738 | 706536.063 | 2520017.549 | **1845593.59** | 2441682.798 | 771194.78 | 193795.727 | 7004432.42 | 161106.02 | 27318.54 | 112126.85 | 734147.9 |
| | | **Beginning** | **11/8/25** | **11/15/25** | **11/22/25** | **11/29/25** | **12/6/25** | **12/13/25** | **12/20/25** | **12/27/25** | **1/3/26** | **1/10/26** | **1/17/26** | **1/24/26** | **1/31/26** |
| Cash on hand (beginning of month) | | 1,850,000 | 1,850,000 | 559,324 | 919,520 | 2,567,597 | 3,507,691 | 4,226,901 | 4,887,896 | 4,695,891 | 13,183,124 | 11,658,257 | 11,696,876 | 12,165,403 | 13,128,517 | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | |
| AR Aging Collections - Current AR | | | 434,766 | 706,536 | 2,520,018 | 1,845,594 | 2,441,683 | 771,195 | 193,796 | 7,004,432 | 161,106 | 27,319 | 112,127 | 734,148 | | **16,952,718** |
| AR Collections - Post Petitions Sales | | | 0 | 0 | 0 | 0 | 250,000 | 500,000 | 750,000 | 2,500,000 | 250,000 | 500,000 | 750,000 | 1,250,000 | 2,250,000 | **9,000,000** |
| Other income | | | | | | | | | | | | | | | | **0** |
| TOTAL CASH RECEIPTS | | | 434,766 | 706,536 | 2,520,018 | 1,845,594 | 2,691,683 | 1,271,195 | 943,796 | 9,504,432 | 411,106 | 527,319 | 862,127 | 1,984,148 | 2,250,000 | **25,952,718** |
| Total cash available | | 1,850,000 | 2,284,766 | 1,265,860 | 3,439,537 | 4,413,191 | 6,199,374 | 5,498,096 | 5,831,691 | 14,200,324 | 13,594,230 | 12,185,576 | 12,559,003 | 14,149,550 | 15,378,517 | |
| **CASH PAID OUT** | | | | | | | | | | | | | | | | |
| **COGS** | | | | | | | | | | | | | | | | |
| Inventory Purchased for jobs | | | 160,000 | 160,000 | 160,000 | 160,000 | 200,000 | 200,000 | 200,000 | 200,000 | 128,000 | 128,000 | 128,000 | 128,000 | 128,000 | **2,080,000** |
| Outside Vendors for Jobs | | | 120,000 | 120,000 | 120,000 | 120,000 | 140,000 | 140,000 | 140,000 | 140,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | **1,515,000** |
| Variable Plant Labor Payroll | | | 320,000 | | 320,000 | | 320,000 | | 320,000 | | 320,000 | | | 320,000 | | | **1,920,000** |
| Temp Labor | | | 3,170 | 6,340 | 6,340 | 158,500 | 190,200 | 190,200 | 190,200 | 190,200 | 190,200 | 190,200 | 95,100 | 47,000 | 47,000 | **1,504,650** |
| Mfg. Equipment Maintenance | | | | | | 25,000 | | | | 25,000 | | | | | 25,000 | **75,000** |
| Mfg. Equipment Lease Expense | | | 138,451 | | | | 138,451 | | | | 138,451 | | | | | **415,354** |
| Mfg. Consumables | | | | | | 5,000 | | | | 5,000 | | | | | 5,000 | **15,000** |
| Freight | | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | **520,000** |
| **SUBTOTAL** | | | **781,621** | **326,340** | **646,340** | **508,500** | **1,028,651** | **570,200** | **890,200** | **600,200** | **911,651** | **453,200** | **358,100** | **630,000** | **340,000** | **8,045,004** |
| **SG&A** | | | | | | | | | | | | | | | | |
| SG&A Payroll | | | 160,000 | | 160,000 | | 160,000 | | 160,000 | | 160,000 | | | 160,000 | | **960,000** |
| Payroll taxes | | | 38,400 | | 38,400 | | 38,400 | | 38,400 | | 38,400 | | | 38,400 | | **230,400** |
| Employee Benefits | | | 7,200 | | 7,200 | | 7,200 | | 7,200 | | 7,200 | | | 7,200 | | **43,200** |
| Insurance | | | | | | 27,000 | | | | 27,000 | | | | 27,000 | | **81,000** |
| Rent | | | 568,288 | | | | 568,288 | | | | 568,288 | | | | | **1,704,865** |
| Utilities | | | 149,933 | | | | 149,933 | | | | 149,933 | | | 149,933 | | **599,732** |
| Repairs and Maintenance | | | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | **85,000** |
| General Office | | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | **17,000** |
| IT/Software | | | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 9,500 | 9,500 | 9,500 | 9,500 | 11,000 | **137,000** |
| **SUBTOTAL** | | | **943,821** | **20,000** | **225,600** | **47,000** | **943,821** | **20,000** | **225,600** | **47,000** | **939,321** | **15,500** | **15,500** | **371,033** | **44,000** | **19,948,205** |
| Cash on hand before Professional Trustee Fees | | | 559,324 | 919,520 | 2,567,597 | 3,857,691 | 4,226,901 | 4,907,896 | 4,715,891 | 13,553,124 | 11,743,257 | 11,716,876 | 12,185,403 | 13,148,517 | 14,994,517 | |
| Trustee Fee | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65,000 | 0 | 0 | 0 | 0 | **65,000** |
| Lender Payment | | | | | | 350,000 | | | | 350,000 | | | | | 350,000 | **1,050,000** |
| Professional Fees | | | | | | | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | **160,000** |
| **PROFESSIONAL AND TRUSTEE FEE SUBTOTAL** | | | **0** | **0** | **0** | **350,000** | **0** | **20,000** | **20,000** | **370,000** | **85,000** | **20,000** | **20,000** | **20,000** | **370,000** | **1,275,000** |
| Cash on hand (end of month) | | 1,850,000 | 559,324 | 919,520 | 2,567,597 | 3,507,691 | 4,226,901 | 4,887,896 | 4,695,891 | 13,183,124 | 11,658,257 | 11,696,876 | 12,165,403 | 13,128,517 | 14,624,517 | |