GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COLORART, LLC,<br><br>          Debtor. | Case No.:25-16701-nmc<br><br>Chapter 11<br><br>Date:  ***OST Requested***<br>Time:  ***OST Requested*** |

**DECLARATION OF TERESA M. PILATOWICZ, IN SUPPORT OF EMERGENCY MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENAS; OBJECTION TO MOTION FOR ORDER EXPEDITING DISCOVERY**

I, Teresa M. Pilatowicz, Esq., hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Nevada, Nevada Bar No. 9605. I am a partner in the law firm of Garman Turner Gordon LLP ("GTG"). GTG maintains offices in Nevada at 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119. I am admitted to practice law before this Court. If called upon to testify as to the content of this Declaration, I could and would do so.

2. I am over the age of 18 and mentally competent. I make this declaration in support of the *Emergency Omnibus Motion for Protective Order and/or to Quash Subpoenas; Objection to Motion for Order Directing Expedited Discovery* (the "Motion").[1]

3. On Friday, November 7, 2025, at approximately 2:00 p.m., counsel for Aequum

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

delivered the Discovery Requests to counsel for Debtors, which included a request for document production (the "Document Requests") and deposition notice (the "Salu Deposition") for Eran Salu, Debtors' representative in this case in Missouri. A true and correct copy of the Document Request is attached hereto as **Exhibit 1**, and the Salu Deposition is attached hereto as **Exhibit 2**.

4. Later that day, Debtors became aware that Aequum had also reached out to Joseph Creamer and Steven Paley (collectively, the "Subpoena Parties"), two employees of JAL who assist in the accounting functions for Debtors, regarding the issuance of the Subpoenas. Aequum was seeking to serve the Subpoenas on the Subpoena Parties, which demanded document production and depositions on November 11, 2025, to take place simultaneously in Missouri and Florida. A true and correct copy of the Subpoena for Joseph Creamer is attached hereto as **Exhibit 3**; and the Subpoena for Steven Paley is attached hereto as **Exhibit 4**.

5. Debtors, through counsel, requested that Aequum not contact the Subpoena Parties directly and advised that Debtors would respond regarding whether Debtors were authorized to accept service.

6. Debtors, through counsel, also advised of the objection to the Discovery Requests and Subpoenas given the unreasonably short time for compliance. Debtors, however, advised that they would seek to provide requested documents on an expedited time frame, which Debtors had also advised Aequum's counsel of on the previous day, and requested a follow up call.

7. On Sunday morning, November 9, 2025, on a telephone call with Aequum's counsel, Debtors' counsel again raised the objection to the Discovery Requests and Subpoenas and advised that neither Mr. Salu, nor counsel, nor the Subpoena Parties were able to produce documents or attend depositions on November 11, 2025. The parties were unable to reach an agreement to reschedule the depositions, document production deadlines, or withdraw the Subpoenas.

/ / /

/ / /

GARMAN TURNER GORDON LLP
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000

8. I am informed and believed that, on Sunday, November 9, Aequum personally served Mr. Creamer with the Subpoena. I do not believe Mr. Paley has been served.

I declare under penalty of perjury of the laws of the United States of America that, these facts are true to the best of my knowledge.

Dated: November 10th, 2025.

                                                /s/  Teresa Pilatowicz
                                                TERESA M. PILATOWICZ

GARMAN TURNER GORDON LLP
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000