# EXHIBIT 2

# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
(Las Vegas Division)

| | |
|---|---|
| In re: | Chapter 11 |
| COLORART LLC, | Case No. 25-16701 |
| Debtor. | |
| In re: | Chapter 11 |
| LAS VEGAS COLOR GRAPHICS, INC., | Case No. 25-16697-nmc |
| Debtor | |

**NOTICE OF DEPOSITION OF ERAN SALU, OFFICER OF DEBTORS**

TO:  Teresa M. Pilatowicz
   Garman Turner Gordan LLP
   7251 Amigo Street, Suite 210
   Las Vegas, NV 89119
   tpilatowicz@gtg.legal

**PLEASE TAKE NOTICE** that Aequum Capital Financial II, LLC ("Aequum"), through its attorneys, Blank Rome LLP, will take the deposition of:

Eran Salu    President, Treasurer and Secretary of ColorArt LLC; and
       President, Treasurer and Secretary of Las Vegas Color Graphics, Inc.

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9014, the deponent will be deposed by oral examination before a Notary Public or some other person duly authorized to administer an oath. The deposition will take place on **November 11, 2025 at 1:00 p.m at the Law Offices of Polsinelli, 7676 Forsyth Boulevard, Suite 800, St. Louis, MO 63105**. The deposition will continue from day to day until completed and will be recorded by stenographic means, with rights reserved with respect to video.

155813285

Dated: November 7, 2025

          /s/ Samuel A. Schwartz, Esq.
          Samuel A. Schwartz, Esq.
          **Schwartz Law, PLLC**
          601 East Bridger Avenue
          Las Vegas, Nevada 89101
          Telephone: (702) 802-2207
          SASchwartz@nvfirm.com

          -and-

          Kenneth Ottaviano (*pro hac vice pending*)
          William J. Dorsey (*pro hac vice pending*)
          Stephanie Hor-Chen (*pro hac vice pending*)
          **BLANK ROME LLP**
          444 West Lake Street, Suite 1650
          Chicago, IL 60606
          Telephone: (312) 776-2512
          ken.ottaviano@blankrome.com
          William.Dorsey@blankrome.com
          stephanie.horchen@blankrome.com

          *Counsel to Aequum Capital Financial II, LLC*