

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 10, 2025
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.:25-16701-nmc |
| COLORART, LLC, | Chapter 11 |
| Debtor. | Date:  November 13, 2025<br>Time:  11:30 am |

### NOTICE OF HEARING AND ORDER SHORTENING TIME
### TO HEAR FIRST DAY MOTIONS

On November 5, 2025, Las Vegas Color Graphics, Inc. ("LVCG") and ColorArt, LLC ("ColorArt"; together with LVCG, the "Debtors"), by and through their counsel, the law firm of Garman Turner Gordon LLP, filed the following motions (collectively, the "First Day Motions"):

- Emergency Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Fed. R. Bankr. P. 1015(b) (the "Joint Administration Motion");

- Debtors' Emergency Motion for Entry of Interim and Final Orders Determining Extent of Cash Collateral and Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 363, and 506, and Fed. R. Bankr. P. 4001(b), and Setting a Final Hearing  (the "Cash Collateral Motion");

- Emergency Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 for an Order Determining that Adequate Assurance Has Been Provided to the Utility Companies (the "Utilities Motion");

- Debtors' Emergency Motion for Order: (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, and Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations (the "Wage Motion", and together with the Joint Administration Motion, Cash Collateral Motion, and Utilities Motion, the "First Day Motions").

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear First Day Motions*, and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motions shall be heard by the Honorable Natalie Cox on **November 13, 2025**, at **11:30 a.m**. A copy of the above-referenced Motions and any supporting declarations and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, through the Bankruptcy Court's electronic docketing system (PACER) as www.ecf.nvb.uscourts.gov or may be obtained by emailing Teresa M. Pilatowicz, Esq. at the address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within one 1 day of entry; and that any oppositions and replies to any oppositions shall be heard at the hearing.

IT IS HEREBY FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

/ / /

**IT IS SO ORDERED.**

Prepared and submitted by:

GARMAN TURNER GORDON LLP

By: /s/    Teresa Pilatowicz
GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Attorneys for Debtors*