_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 10, 2025

_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
Athanasios Agelakopoulos, Esq.
Nevada Bar. No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Kenneth J. Ottaviano (*pro hac vice* forthcoming)
William J. Dorsey (*pro hac vice* forthcoming)
Stephanie K. Hor-Chen (*pro hac vice* forthcoming)
**BLANK ROME LLP**
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2514
ken.ottaviano@blankrome.com
william.dorsey@blankrome.com
stephanie.horchen@blankrome.com

*Counsel to Aequum Capital Financial II LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re:  | Case No.: 25-16701-NMC |
|---|---|
| COLORART, LLC,  | Chapter 11 |
| Debtor. | Hearing Date: November 13, 2025 <br> Hearing Time: 11:30 AM |

**NOTICE OF HEARING AND *EX PARTE* ORDER
SHORTENING TIME TO HEAR AEQUUM CAPITAL FINANCIAL II LLC'S:
(I)MOTION TO PROHIBIT USE OF CASH COLLATERAL; AND
(II) MOTION FOR ORDER DIRECTING EXPEDITED DISCOVERY**

On November 10, 2025, Aequum Capital Financial II, LLC ("**Lender**"), creditor/party-in-

1

interest in the above-captioned Chapter 11 case (the "**Chapter 11 Case**"), filed an *ex parte* motion (the "**Motion**") for an order shortening time to hear the Lender's *Motion to Prohibit Use of Cash Collateral* [ECF No. 10] (the "**Motion to Prohibit**")[1] and Lender's *Motion for Order Directing Expedited Discovery* [ECF No. 18] (the "**Motion to Expedite**"), filed on November 7, 2025. The Court, having considered the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion to Prohibit and the Motion to Expedite shall be heard by the Honorable United States Bankruptcy Judge Natalie M. Cox on **November 13, 2025**, at the hour of **9:30 AM.**, prevailing Pacific Time. A copy of the Final Fee Application and any supporting declarations and exhibits may be obtained for a fee through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov or may be obtained without charge by contacting counsel for Lender, Samuel A. Schwartz, Esq., at the address or telephone number set forth above.

**IT IS HEREBY FURTHER ORDERED** that the hearing will be conducted via teleconference. Parties may appear telephonically by dialing **(833) 435-1820** and entering meeting ID (if applicable): **161 166 2815** and entering access code/passcode **115788#**. Remote participation information may also be found on the posted calendar on the court's website at www.nvb.uscourts.gov/calendars/court-calendars.

**IT IS HEREBY FURTHER ORDERED** that this *Ex Parte* Order Shortening Time shall be served within 1 day(s) of entry.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Prohibit and the Motion to Expedite.

2

**IT IS HEREBY FURTHER ORDERED** that any oppositions to the Motion to Prohibit and the Motion to Expedite **shall be presented at the hearing**.

**IT IS SO ORDERED.**

Respectfully submitted,

/s/ *Samuel A. Schwartz*
**SCHWARTZ LAW, PLLC**
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Counsel to Aequum Capital Financial II LLC*

###