GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>COLORART, LLC,<br><br>    Debtor. | Case No.:25-16701-nmc<br><br>Chapter 11<br><br>Date:    November 13, 2025<br>Time:   11:30 am |

**NOTICE OF HEARING ON ORDER SHORTENING TIME**
**TO HEAR FIRST DAY MOTIONS**

On November 7, 2025, Las Vegas Color Graphics, Inc. ("LVCG") and ColorArt, LLC ("ColorArt"; together with LVCG, the "Debtors"), by and through their counsel, the law firm of Garman Turner Gordon LLP, filed the following motions (collectively, the "First Day Motions"):

- *Emergency Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Fed. R. Bankr. P. 1015(b)* (the "Joint Administration Motion");

- *Debtors' Emergency Motion for Entry of Interim and Final Orders Determining Extent of Cash Collateral and Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 363, and 506, and Fed. R. Bankr. P. 4001(b), and Setting a Final Hearing* (the "Cash Collateral Motion");

- *Emergency Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 for an Order Determining that Adequate Assurance Has Been Provided to the Utility Companies* (the "Utilities Motion");

- *Debtors' Emergency Motion for Order: (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, and Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* (the "Wage Motion", and together with the Joint Administration Motion, Cash Collateral Motion, and Utilities Motion, the "First Day Motions").

On November 10, 2025, the Court entered its *Notice of Hearing and Order Shortening Time to Hear First Day Motions* (ECF No. 24) (the "OST")[1], setting the First Day Motions to be heard by the Honorable Natalie Cox on N**ovember 13, 2025**, at **11:30 a.m**. In the OST, the Court ordered that any oppositions and replies may be presented at the hearing.

NOTICE IS GIVEN that the hearing will be conducted via teleconference. Parties are permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.**

A copy of the above-referenced First Day Motions and any supporting declarations and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, through the Bankruptcy Court's electronic docketing system (PACER) as www.ecf.nvb.uscourts.gov or may be obtained by emailing Teresa M. Pilatowicz, Esq. at the address listed above.

Remote participation Information may also be found on the posted calendar on the court's website at www.nvb.uscourts.gov/calendars/court-calendar

Dated this 10th day of November, 2025.

GARMAN TURNER GORDON LLP

By: */s/    Teresa Pilatowicz*
GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Attorneys for Debtors*

---

[1] This Notice is being served to clarify that the hearing has been set to occur via teleconference.