**SPENCER FANE, LLP**
R. McKay Holley, Esq. (NV Bar 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Email: mholley@spencerfane.com
Tel: (702) 408-3400 | Fax: (702) 408-3401

*Attorneys for NMBL Strategies, solely in its capacity*
*as court-appointed receiver in the Circuit Court of*
*St. Louis County, State of Missouri, Case No. 25SL-CC11027*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 25-16701-nmc |
| | Chapter 11 |
| COLORART, LLC, | |
| Debtor. | Judge: Hon. Natalie M. Cox |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

R. McKay Holley, Esq. of the law firm of SPENCER FANE LLP, attorneys for NMBL Strategies, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027, hereby enters an appearance on the record in the above-entitled bankruptcy case pursuant to FRBP 9010(b), 2002, and 3017(a), and requests special notice of all hearings, actions, contested matters, and adversary proceedings in this bankruptcy case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection therewith by the Court, Debtor, or other parties in interest.

All notices and copies should be directed to:

> R. McKay Holley, Esq.
> SPENCER FANE LLP
> 300 South Fourth Street, Suite 1600
> Las Vegas, Nevada 89101

This Notice and any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, other writing, or conduct is not express or implied consent or designation of the undersigned as agent for service of process or a waiver of any rights. All rights are expressly reserved without exception including but not limited to:

1         (a)    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

        (b)    Right to trial by jury as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding relating hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), or whether such right is pursuant to statute or the United States Constitution;

        (c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding, subject only to a court determination of the application of mandatory or discretionary withdrawal; and

        (d)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements, at law, in equity, or under the United States Constitution.t

This Notice and any other participation in this bankruptcy case or any related proceedings do not constitute express or implied consent or a concession to jurisdiction in any way.

Dated this 10th day of November 2025.

**SPENCER FANE LLP**

 /s/ R. McKay Holley
R. McKAY HOLLEY, ESQ. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: mholley@spencerfane.com

*Attorneys for NMBL Strategies, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 10th day of November 2025, I caused to be served a true and correct copy of NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

    /s/ Olivia Swibies
An employee of Spencer Fane LLP