

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 12, 2025

**SPENCER FANE, LLP**
Richard F. Holley, Esq. (NV Bar 3077)
R. McKay Holley, Esq. (NV Bar 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Email: rholley@spencerfane.com
            mholley@spencerfane.com
Tel: (702) 408-3400 | Fax: (702) 408-3401
and
Ian M. Rubenstrunk (MN Bar 0397881)
(Application for *Pro Hac Vice* Pending)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Email: irubenstrunk@spencerfane.com
Tel: 612-268-7062
and
Eric C. Peterson (MO Bar 62429)
(Application for *Pro Hac Vice* Pending)
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
Email: epeterson@spencerfane.com
Tel: 314-333-3937
*Attorneys for NMBL Strategies, solely in its capacity*
*as court-appointed receiver in the Circuit Court of*
*St. Louis County, State of Missouri, Case No. 25SL-CC11027*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 25-16701-nmc |
| | Chapter 11 |
| COLORART, LLC, | |
| | Hearing Date:  November 13, 2025 |
| Debtor. | Hearing Time: 9:30 AM |
| | Judge:  Hon. Natalie M. Cox |

**ORDER SHORTENING TIME AND NOTICING THE HEARING OF RECEIVER'S MOTION UNDER SECTION 543(d) OF THE BANKRUPTCY CODE EXCUSING COMPLIANCE WITH SECTION 543 OF THE BANKRUPTCY CODE**

This Court having considered the *Ex Parte* Application For An Order Shortening Time And Noticing The Hearing Of Receiver's Motion (the "OST Application") filed by NMBL Strategies, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027 (the "Receiver"), by and through the law firm Spencer Fane, LLP and good cause appearing,

**IT IS ORDERED** that the OST Application, which seeks expedited consideration of the Receiver's Motion is **GRANTED**, and notice is hereby given that *Receiver's Motion Under Section 543(d) Of The Bankruptcy Code Excusing Compliance With Section 543 Of The Bankruptcy Code* ("Receiver's Motion") will be heard by a United States Bankruptcy Judge in the U.S. Bankruptcy Court, District of Nevada, Foley Federal Building and U.S. Courthouse, on **November 13, 2025**, at **9:30 AM.** prevailing Pacific Time ("Hearing"); Court Hearing Remote Dial-in Number **(833) 435-1820** Meeting ID 161 166 2815 Access Code 115788#.

**IT IS FURTHER ORDERED** and notice is hereby given that any opposition and reply shall be presented at the hearing.

**IT IS FURTHER ORDERED** that service of this Order shall be completed upon entry of this Order is entered by the Court.

**IT IS SO ORDERED.**

**SPENCER FANE LLP**

  /s/ R. McKay Holley
RICHARD F. HOLLEY, ESQ. (NBN 3077)
R. McKAY HOLLEY, ESQ. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
        mholley@spencerfane.com
and
Ian M. Rubenstrunk (MN Bar 0397881)

(Application for *Pro Hac Vice* Pending)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Email: irubenstrunk@spencerfane.com
Tel: 612-268-7062
and
Eric C. Peterson (MO Bar 62429)
(Application for *Pro Hac Vice* Pending)
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
Email: epeterson@spencerfane.com
Tel: 314-333-3937

*Attorneys for NMBL Strategies, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027*

# # #