GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>COLORART, LLC,<br><br>Debtor. | Case No.:25-16701-NMC<br><br>Chapter 11<br><br>Date: November 13, 2025<br>Time: 11:30 a.m. |

**NOTICE OF ENTRY OF ORDER**

NOTICE IS HEREBY GIVEN that the *Notice of Hearing and Order Shortening Time to Hear Emergency Motion for Protective Order and/or to Quash Subpoenas; Objection to Motion for Order Expediting Discovery* [ECF No 49] (the "Order") was entered in the above-entitled matter on November 12, 2025. A copy of the Order is attached hereto as **Exhibit "1."**

Dated this 12th day of November, 2025.

GARMAN TURNER GORDON LLP

*/s/ Teresa Pilatowicz*
GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Counsel to the Debtors*

# EXHIBIT 1

# EXHIBIT 1



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 12, 2025

---

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COLORART, LLC,<br><br>           Debtor. | Case No.:25-16701-nmc<br>Chapter 11<br>Date:   November 18, 2025<br>Time:   9:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENAS; <u>OBJECTION TO MOTION FOR ORDER EXPEDITING DISCOVERY</u>**

Las Vegas Color Graphics, Inc. ("LVCG") and ColorArt, LLC ("ColorArt"; together with LVCG, the "Debtors"), through its general bankruptcy counsel, Garman Turner Gordon LLP, filed their *Emergency Motion for Protective Order and/or to Quash Subpoenas* (the "Motion")[1] seeking a protective order and/or to quash the Discovery Requests and Subpoenas for, among other things,

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

failing to provide proper notice.

Copies of the Motion and supporting declaration are on file with the clerk of the United States Bankruptcy Court for the District of Nevada. Copies of the filed documents may also be obtained by contacting Teresa M. Pilatowicz, Esq. of the law firm Garman Turner Gordon LLP.

The Court, having considered the *Application for Order Shortening Time to Hear Emergency Motion for Protective Order and/or to Quash Subpoenas* (the "Application"), and good cause appearing therefore:

**IT IS HEREBY FURTHER ORDERED** that this Order Shortening Time shall be served within 1 business days of entry; that any opposition to the relief requested in the Motion must be filed and served by **November 17, 2025**; that replies, if any, to any oppositions filed **may be presented at the heairng**; and that this hearing shall be held on **November 18, 2025, at 9:30 AM PST** and may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

Parties are permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID: **161 166 2815** and Passcode: **115788**#.

**IT IS SO ORDERED**.

Prepared and submitted by:

GARMAN TURNER GORDON LLP

 /s/  Teresa Pilatowicz
GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*[Proposed] Attorneys for Debtors*