PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COLORART, LLC,<br><br>Debtor. | Case No. 25-16701-nmc<br>Chapter 11<br><br>Hearing Date: November 13, 2025<br>Hearing Time: 11:30 a.m.<br>Tel. Conf. Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

**THE U.S. TRUSTEE'S RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' INITIAL EMERGENCY MOTIONS [ECF NOS. 11-15, 73]**

To the Honorable NATALIE M. COX, United States Bankruptcy Judge:

Peter C. Anderson, the United States Trustee for Region 17 (the "U.S. Trustee"), by and through the undersigned counsel, hereby files this response and reservation of rights with respect to Debtor's Initial Emergency Motions (the "Motions"). [ECF Nos. 11-15, 73]. The U.S. Trustee files his reservations of rights to object by the final hearing as to the Motions which would alleviate the U.S. Trustee presenting an omnibus objection at the November 13, 2025, 11:30 a.m.

1

hearing.  To the extent the Court agrees, the U.S. Trustee respectfully requests that his reservation of rights be memorialized in the interim orders as to each of the Motions.[1]

Dated: November 13, 2025          Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ *Justin C. Valencia*
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee

---

[1] There are four principles for Courts to consider with regard to first day motions.  *See In re The Colad Group, Inc.*, 324 B.R. 208, 213-14 (Bankr. W.D.N.Y. 2005).  The relief sought in the Debtor's Initial Emergency Motions, if granted at all, should only be granted on an interim basis, with a final hearing set so that the U.S. Trustee, creditors, and parties-interest can review and respond to the final relief sought, preferably after the Debtor files outstanding pleadings, if any, and after the meeting of creditors is held.  [*See* ECF Nos. 4-5].