_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 13, 2025

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
Athanasios Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

   and

Kenneth J. Ottaviano (*pro hac vice* forthcoming)
William J. Dorsey (*pro hac vice* forthcoming)
Stephanie K. Hor-Chen (*pro hac vice* forthcoming)
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2514
ken.ottaviano@blankrome.com
william.dorsey@blankrome.com
stephanie.horchen@blankrome.com

*Counsel for Aequum Capital Financial II LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 25-16701-NMC |
| COLORART, LLC, | Chapter 11 |
| Debtor. | |

**ORDER GRANTING EX PARTE MOTION TO EXCEED PAGE LIMIT PURSUANT TO LR 9014(e) ON OBJECTION AND RESERVATION OF RIGHTS OF AEQUUM CAPITAL FINANCIAL II LLC TO DEBTORS' EMERGENCY MOTION PRUSUANT TO 11 U.S.C. §§ 105, 361, 363, AND 506, AND FED. BANKR. P. 4001(b) FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL AND SCHEDULING FINAL HEARING**

The Court, having reviewed and considered the *ex parte* motion to exceed page limit pursuant to LR 9014(e)[1] (the "**Motion**") on the *Objection and Reservation of Rights of Aequum Capital Financial II LLC to the Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 363, and 506, and Fed. R. Bankr. P. 4001(b) for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Scheduling a Final Hearing* (the "**Objection**") in excess of the twenty (20) page limit, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and the Lender may file its Objection, in excess of the page limits in LR 9014(e)(1), up to a maximum of twenty-two (22) pages, exclusive of the case caption and tables of contents and authorities.

**IT IS SO ORDERED**.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Gabrielle A. Hamm*
Samuel A. Schwartz, Esq.
Gabrielle A. Hamm, Esq.
Athanasios Agelakopoulos, Esq.
601 E. Bridger Avenue
Las Vegas, NV  89101

*Counsel to Aequum Capital Financial II LLC*

###

---

[1] Unless otherwise indicated, "**Local Rule**" or "**LR**" references are to the Local Rules of Bankruptcy Practice of the United States Bankruptcy District of Nevada.